MARTIN HERSKOVITZ, Respondent, *v.* TRAVELERS INSURANCE COMPANY, Appellant.

Submitted March 1, 1948; decided March 11, 1948.

*Bernard J. McGlinn* for motion.
*Federick Zorn* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements upon the ground that the order does not finally determine the action within the meaning of the Constitution.